```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 22975
   NICK J LEYVA
   LEONOR H LEYVA                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-3364     SSN XXX-XX-0622
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/17/04 and confirmed on 08/06/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  14514.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |
| ANESTHESIA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5154.95 | .00 | 1134.09 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15378.91 | .00 | 3383.36 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7584.33 | .00 | 1668.55 |
| FIRST CARD | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE DELAWARE NA | UNSECURED | 2809.73 | .00 | 618.14 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2598.69 | .00 | 571.71 |
| ECAST SETTLEMENT CORP | UNSECURED | 5250.00 | .00 | 1155.00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDIT AUDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| OB GYN HEALTHCARE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| OMAX/CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PEOPLES GAS | UNSECURED | 256.68 | .00 | 38.40 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1278.95 | .00 | 281.37 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| VISTA MEDICAL CENTER EAS | UNSECURED | 336.23 | .00 | 73.97 |
| BANK OF AMERICA NA | MORTGAGE ARRE | 1634.94 | .00 | 1634.94 |
| BANK OF AMERICA NA | COST OF COLLE | 350.00 | .00 | 350.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3913.46 | .00 | 860.96 |

```
BANK OF AMERICA NA         COST OF COLLE      500.00              .00        500.00
      Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED          OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1634.94        850.00     44561.93            .00      47046.87
PRINCIPAL PAID      1634.94        850.00      9785.55            .00      12270.49
INTEREST PAID           .00           .00          .00            .00           .00
TOTAL PAID          1634.94        850.00      9785.55            .00      12270.49
```

The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   2500.00
and was paid $   1000.00  direct and $   1500.00  through the plan.

The Trustee received $     590.51 .

Refunds to the Debtor totaled $     153.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/08/08                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 22975 NICK J LEYVA & LEONOR H LEYVA